THE YATES COUNTY NATIONAL BANK, Appellant, *v.* MASON L. BALDWIN, Respondent.

(Argued June 18, 1890; decided January 22, 1891.)

APPEAL from judgment of the General Term of the Supreme Court in the fifth judicial department, entered upon an order made the first Tuesday of January, 1888, which affirmed a judgment in favor of defendant entered upon the report of a referee.

*William T. Morris* for appellant.

*M. A. Leary* for respondent.

Agree to affirm ; no opinion.
All concur, except POTTER, J., dissenting, and BRADLEY and HAIGHT, JJ., not sitting.
Judgment affirmed.